# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| DANELL WILSON-PERLMAN, *et al.*, | |
| Plaintiffs, | 2:15-cv-00285-JCM-VCF |
| vs. | |
| ANDREW J. MACKAY, *et al.*, | **ORDER** |
| Defendants. | |

Before the court is *Danell Wilson-Perlman, et al., vs. Andrew J. Mackay, et al.*, case number 2:15-cv-00285-JCM-VCF. A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

IT IS HEREBY ORDERED that a discovery hearing is scheduled for 1:00 p.m., August 3, 2015, in courtroom 3D. The hearing will be vacated upon the filing of the discovery plan and scheduling order in compliance with Local Rule 26-1.

Dated this 15th day of July, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE