# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

DANELL WILSON-PERLMAN, *et al.*,

    Plaintiffs,

vs.

ANDREW J. MACKAY, *et al.*,

    Defendants.

2:15-cv-00285-JCM-VCF

**ORDER**

    Before the court is the parties' joint proposed scheduling order submission in compliance with LR 26-1(e). (#28).

    IT IS HEREBY ORDERED that a telephonic hearing on the parties' joint proposed scheduling order submission in compliance with LR 26-1(e) (#28) is scheduled for 10:00 a.m., August 5, 2015.

    The parties are instructed to call telephone number: (702) 868-4911, access code: 123456, five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

    DATED this 24th day of July, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE