**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

DANELL WILSON-PERLMAN, *et al.,*

          Plaintiffs,

vs.

ANDREW J. MACKAY, *et al.*,

          Defendants.

2:15-cv-00285-JCM-VCF

**ORDER**

Before the court is *Danell Wilson-Perlman, et al., vs. Andrew J. Mackay, et al*., case number 2:15-cv-00285-JCM-VCF.  The court held a hearing on August 5, 2015 at 10:00 a.m. (#31). The parties canvassed and stipulated to a stay of discovery pending the ruling on the Motion to Dismiss (#22).

Good Cause Appearing,

IT IS HEREBY ORDERED that all discovery is stayed in this case until the earlier of twenty (20) days after a ruling on the Motion to Dismiss (#22) or February 5, 2016;

IT IS FURTHER ORDERED that the parties will not be required to file a proposed Discovery Plan and Scheduling Order until the earlier of twenty (20) days after a ruling on the Motion to Dismiss or February 5, 2016;

After January 25, 2016, the parties may file a stipulation to further stay discovery and the filing of a proposed Discovery Plan and Scheduling Order, if the Motion to Dismiss (#22) is still pending.

Dated this 5th day of August, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE