# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DANELL WILSON-PERLMAN, *et al.*, | |
| Plaintiffs, | 2:15-cv-00285-JCM-VCF |
| vs. | **ORDER** |
| ANDREW J. MACKAY, *et al.*, | |
| Defendants. | |

The parties filed a Stipulation and Order Staying Discovery Deadlines (#34). The Stay requested by the parties does not set a date certain for lifting the stay and will not be approved in that form.

Good Cause Appearing,

IT IS HEREBY ORDERED that all discovery is stayed in this case until the earlier of twenty (20) days after a ruling on the Motion to Dismiss (#22) or April 29, 2016;

IT IS FURTHER ORDERED that the parties will not be required to file a proposed Discovery Plan and Scheduling Order until the earlier of twenty (20) days after a ruling on the Motion to Dismiss or April 29, 2016;

After April 15, 2016, the parties may file a stipulation to further stay discovery and the filing of a proposed Discovery Plan and Scheduling Order, if the Motion to Dismiss (#22) is still pending.

DATED this 9th day of February, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE